Argued May 25, affirmed May 31, petition for rehearing denied
June 21, petition for review denied September 5, 1973

## STATE OF OREGON, *Respondent, v.* RICHARD BRIAN DUVALL (No. C-72-07-2093 Cr), *Appellant.*

510 P2d 359

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

PER CURIAM.

The sole issue raised and considered on this appeal was whether or not there was sufficient evidence to support the order of the trial court revoking its previous order placing defendant on probation. We find there was.

Affirmed.